IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARSEN KASHKASHIAN** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 14-105** |
| : | |
| : | |
| **LIBERTY INSURANCE** : | |
| **UNDERWRITERS, INC.** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 10th day of July 2014, upon consideration of Defendant's Motion to dismiss and the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**